# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AKANINYENE EFIONG AKAN**, | )
| | )
| Plaintiff, | )
| | )
| v. | ) Civil Action No. 17-89
| | )
| **ADAM SUMMERS, NEIL REINSFELDER, STEVEN CENTRA, RUFUS JONES, GREGORY BOSS** *sued in their individual and official capacities),* | )
| | )
| Defendants. | )

## ORDER

AND NOW, this 30th day of July, 2018, upon consideration of plaintiff's motion to "reopen time to file a motion for reconsideration and appeal from judgment entered on December 5, 2017," (ECF No. 32), and defendants' responses thereto (ECF No. 36, 37), and in accordance with the accompanying memorandum opinion,

IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 32) IS GRANTED in part and DENIED IN PART as follows: plaintiff's motion to extend the time for filing a motion for reconsideration IS DENIED, and plaintiff's motion to extend the time to file an appeal pursuant to Federal Rule of Appellate Procedure 4(a)(6) IS GRANTED.

IT IS FURTHER ORDERED that plaintiff shall have until fourteen (14) days from the date of this order to file a notice of appeal.

FINALLY, IT IS ORDERED that plaintiff's motion to compel specific performance (ECF No. 38) and plaintiff's motion to notify the court of crucial misrepresentation (ECF No. 40) are denied as moot.

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: **AKANINYENE EFIONG AKAN**
KP-8782
SCI Forest
P.O. Box 945
Marienville, PA 16239-0945
(*via* First-Class mail)