IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| AKANINYENE EFIONG AKAN, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 17-89 |
| ADAM SUMMERS, NEIL REINSFELDER, STEVEN CENTRA, RUFUS JONES, GREGORY BOSS *sued in their individual and official capacities*), | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

AND NOW, this 16th day of August, 2018, upon consideration of the document filed by plaintiff Akaninyene Efiong Akan ("plaintiff") titled "Notice of Grounds for Reconsideration and Discharge of Order Entered on December 5, 2017," (ECF No. 49), which the court construes as a motion pursuant to Federal Rule of Civil Procedure 59(e) for reconsideration of the court's December 5, 2017 final order dismissing his case, (ECF No. 31), and in accordance with the foregoing memorandum opinion,

IT IS HEREBY ORDERED that the motion for reconsideration IS DENIED as untimely filed.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: **AKANINYENE EFIONG AKAN**
KP-8782
SCI Forest
P.O. Box 945
Marienville, PA 16239-0945
(*via* First-Class mail)

1