# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AKANINYENE EFIONG AKAN**, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 17-89<br>) |
| **ADAM SUMMERS, NEIL REINSFELDER, STEVEN CENTRA, RUFUS JONES, GREGORY BOSS** *sued in their individual and official capacities),* | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

AND NOW, this 4th day of December, 2018, upon consideration of plaintiff Akaninyene Efiong Akan's ("plaintiff") "Motion for Relief from Order Entered August 16, 2018," (ECF No. 53), and in accordance with the foregoing memorandum opinion,

IT IS HEREBY ORDERED that the motion (ECF No. 53) IS DENIED.

IT IS FURTHER ORDERED that the motion docketed at ECF No. 54 IS DENIED as duplicative.

By the court:

/s/ Joy Flowers Conti
Joy Flowers Conti
United States District Judge

cc: **AKANINYENE EFIONG AKAN**
KP-8782
SCI Forest
P.O. Box 945
Marienville, PA 16239-0945
(*via* First-Class mail)